UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA KAYE GOLDEN,<br><br>　　　　　　　　　Appellant,<br><br>v.<br><br>JEFFREY ROGERS,<br><br>　　　　　　　　　Appellee. | Case No.:  19-CV-838 TWR (NLS)<br><br>**ORDER: (1) DENYING WITHOUT PREFUDICE APPELLANT'S MOTION TO RECONSIDER DISMISSAL OF APPEAL, AND (2) DENYING AS MOOT APPELLANT'S MOTION FOR LEAVE TO PROCEED** *IN FORMA PAUPERIS*<br><br>(ECF Nos. 12, 14) |

　　　Presently before the Court are Appellant Lisa Golden's Motions to Reconsider Dismissal of Appeal(s) and Reinstate Appeals ("Reconsideration Mot.," ECF No. 12) and for Leave to Proceed *in Forma Pauperis* ("IFP") ("IFP Mot.," ECF No. 14).  On February 28, 2020, the Honorable Dana M. Sabraw dismissed without prejudice this appeal pursuant to Civil Local Rule 83.1 for Appellant's failure to respond to a Scheduling Order and Order to Show Cause, (*see* ECF No. 9), and the Clerk of Court entered Judgment.  (*See* ECF No. 10.)  Appellant contends that she never received the underlying Scheduling Order and Order to Show Cause.  (*See* Reconsideration Mot. at 1–2.)

　　　Contrary to Appellant's assertion, it is clear that she did receive the Order to Show Cause, which was issued in four of her cases, 18-CV-2089, 19-CV-488, 19-CV-838, and

19-CV-843, (*see* ECF No. 6), and to which Appellant filed responses in two of those cases, 18-CV-2089 (ECF No. 23) and 19-CV-488 (ECF No. 14).  The Court therefore **DENIES WITHOUT PREJUDICE** Appellant's Reconsideration Motion and **DENIES AS MOOT** Appellant's IFP Motion.[1]

**IT IS SO ORDERED.**

Dated:  October 8, 2020

Honorable Todd W. Robinson
United States District Court

---

[1] On September 30, 2020, Judge Sabraw denied the requests to proceed IFP pending in all of Appellant's pending cases.  The Court concludes that Judge Sabraw's reasoning in his September 30, 2020 Order applies with equal force to the instant action.  Should Appellant again seek to reopen this appeal, she must first pay the full $298 filing fee.